$450,000, Total $1,650,000. As so modified, the order is affirmed, with $20 costs and disbursements to petitioner-appellant-respondent. The values fixed by Special Term for the building are not justified on this record. Settle order on notice. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ASHTON BRUCE, Appellant, v. LOUISE BURNHAM, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank and McNally, JJ.

■ CHARLOTTE E. McMANN, Respondent, v. HORN & HARDART COMPANY, Appellant.— Judgment unanimously reversed on the law and on the facts, on the ground of the excessiveness of the verdict, and a new trial ordered, with costs to defendant-appellant, unless the plaintiff stipulates to reduce the verdict to the sum of $32,500, in which event, the judgment, as so modified, is affirmed, without costs. Settle order on notice. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ HARWOOD PHARMACAL CO., INC., Respondent, v. NATIONAL BROADCASTING CO., INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ. [17 Misc 2d 208.]

■ ELIZABETH T. DE CRISTOFANO, Appellant, v. ESQUIRE HOLDING CORP., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ JOSEPH W. FRAZER, Respondent, v. ERIC EWESON, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ HARRY B. HELMSLEY et al., Respondents, v. 71 FIFTH AVENUE CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of ELBERT E. SMITTLE, Appellant, against JUSTICES OF THE COURT OF SPECIAL SESSIONS OF THE CITY OF NEW YORK et al., Respondents.— Order of April 10, 1959 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of ELBERT E. SMITTLE, Appellant, against JUSTICES OF THE COURT OF SPECIAL SESSIONS OF THE CITY OF NEW YORK et al., Respondents.— Appeal from order of January 7, 1959 unanimously dismissed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ ELM COATED FABRICS COMPANY, INC., Respondent, v. GEORGE KRASNOV et al., Individually and as Copartners Doing Business under the Name of CRUSADER MANUFACTURING Co., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ. [16 Misc 2d 726.]

■ GLORIA B. PETCHERS v. JESSE N. PETCHERS.— Motion to dismiss appeal from judgment entered October 8, 1959, granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EUCEPHUS F. YOUNG, SR. — Motion for leave to appeal as a poor person denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EUCEPHUS F. YOUNG, SR. — Motion to dismiss appeal granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.